UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

**Libna Guzman**

**On behalf of herself and
all others similarly situated**

    **Plaintiffs**

    **v.**                                                                   **Case No. 19CV1722**

**National Packaging Services Corporation.**

    **Defendant.**

## JOINT MOTION FOR PRELIMINARY SETTLEMENT APPROVAL

The Parties, by their attorneys, hereby move the Court to grant preliminary approval to the parties' settlement agreement that is attached to this Motion as Exhibit A, and to authorize the sending of the Notice (Exhibit 2 to Settlement Agreement) and Consent Form (Exhibit 3 to Settlement Agreement) to class members. Simultaneously the parties are filing with the Court a stipulation for final collective certification and Rule 23 certification. This motion is supported by the parties' Class Certification Stipulation, a Memorandum of Law, and the Declaration of Yingtao Ho.

The parties therefore jointly and respectfully request the Court to enter an order that:

(1) Grants preliminary approval of the Parties' Settlement Agreement (the "Agreement") subject only to the objections of class members who are participating in the proposed settlement and final review by the Court;

1

(2) Based on the parties' Stipulation, certifies for settlement purposes a FLSA opt-in collective action including the following: all hourly production employees who worked at NPS' Wisconsin production facilities and were paid a shift differential, were paid a year-end bonus, or worked on a designated holiday during the time period of November 22, 2017 to the date of preliminary approval of the Agreement (the "FLSA Collective").

(3) Based on the parties' Stipulation, certifies for settlement purposes a Rule 23 opt-out class including the following: all hourly production employees who worked at NPS' Wisconsin production facilities and were paid a shift differential, were paid a year-end bonus, or worked on a designated holiday during the time period of November 22, 2017 to the date of preliminary approval of this Settlement Agreement (the "Rule 23 Class)".

(4) Approves the form and content of the proposed Notice and Consent Forms;

(5) Appoints Libna Guzman as the Class Representative;

(6) Appoints The Previant Law Firm, S.C. as Class Counsel pursuant to Federal Rule of Civil Procedure 23(g);

(7) Authorizes Class Counsel or designee to mail by first class U.S. mail to all Class Members the Notice and Consent Forms and finds that such Notice constitutes the best notice practicable under the circumstances, and constitutes valid, due, and sufficient notice to Class Members and potential Collective Members in full compliance with the requirements of applicable law, including the due process clause of the United States Constitution;

(8) Provides that all Consent Forms opt-outs, and objections to the Settlement are considered timely if they are post-marked within forty-five (45) days of the date the Notice is mailed to Class Members, and that any Class Member who has not properly and timely requested

exclusion from the Rule 23 Class will be bound in the event the Court issues a Final Order Approving Settlement;

(9) Sets a date and time for the Fairness Hearing, with sufficient time to enable the completion of the Notice process, allow Class Members to submit Consent Forms, opt out, or objections, permit final computation of settlement payments for participating members of the FLSA Collective and Rule 23 Class, and allow the parties to prepare and submit their Motion for Final Approval of the Settlement Agreement (the "Motion for Final Approval") and Class Counsel's Motion for Approval of Attorneys' Fees and Costs and class representative incentive awards; and

(10) Sets a deadline for the parties to submit their Joint Motion for Final Approval and for Class Counsel to submit the Motion for Approval of Attorneys' Fees, Costs and class representative incentive awards, at least two weeks in advance of the date of the Fairness Hearing.

Submitted this 6th day of April, 2021.

/s/Yingtao Ho_____
Yingtao Ho
THE PREVIANT LAW FIRM, S.C.
Attorney for Plaintiffs
310 West Wisconsin Avenue, Suite 100MW
Milwaukee, WI 53203
414-271-4500 (Telephone)
414-271-6308 (Fax)
Email: yh@previant.com

Attorneys for Plaintiff


/s/Annie Eiden_____
Annie Eiden
Godfrey & Kahn S.C.
200 South Washington Street, Suite 100
Green Bay, WI. 54301
(920) 432-9300

(920) 436-7988 (fax)

Attorneys for Defendant

25020955.1