UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
_____

**Libna Guzman**

**On behalf of herself and
all others similarly situated**

    **Plaintiffs**

    **v.**                                                         **Case No. 19CV1722**

**National Packaging Services Corporation.**

    **Defendant.**
_____

### JOINT MOTION FOR FINAL SETTLEMENT APPROVAL

    Libna Guzman and National Packaging Services Corporation n/k/a FyterTech International Corporation, by their attorneys, hereby move the Court to grant final approval of their Settlement Agreement in the above-captioned lawsuit (the "Lawsuit"). They respectfully and specifically request that the Court enter a final Order that:

1. Approves the Settlement Agreement as fair, reasonable, and adequate pursuant to Federal Rule of Civil Procedure 23(e);

2. Declares that the parties have complied with Rule 23(e)(1)(B) of the Federal Rules of Civil Procedure in the manner that they provided notice to prospective Class Members;

3. Declares that the Settlement Agreement represents a fair and reasonable resolution of a *bona fide* dispute under the FLSA;

4. Declares that the Settlement Agreement is binding on NPS, the Class Representative, all Class Members, and all Collective Members;

5. Declares that the parties' methodology for calculating payments to individual Collective Members and Class Members was reasonable and consistent with their Settlement Agreement;

6. Approves the settlement payments to Collective Members and Class Members;

1

7. Orders that Frank Hayes may join the FLSA Collective and receive his portion of the Collective Fund only if he signs and returns a complete opt-in consent form to Class Counsel by the 15th day after the Court grants final approval to the parties' Settlement Agreement; and that if Hayes fails to timely sign and return a complete opt-in consent form by such date, the parties shall distribute Hayes' allocated portion of the Collective Fund to other members of the FLSA Collective without any further order by the Court;

8. Dismisses with prejudice the Class Members' and Collective Members' claims against the Released Parties in the Lawsuit; and

9. Dismisses the Lawsuit on the merits with prejudice.

This motion is supported by the attached Memorandum of Law in Support of Joint Motion for Final Settlement Approval, the Declaration of Yingtao Ho, as well as exhibits and parts of the record referenced in those documents.

Dated this 22nd day of June, 2022.

    s/Yingtao Ho_____
Yingtao Ho
Email: yh@previant.com
Wis. Bar #1045418
Attorney for Plaintiffs
The Previant Law Firm S.C.
310 W. Wisconsin Avenue, Suite 100MW
Milwaukee, WI 53203
Telephone: 414-271-4500
Fax: 414-271-6308

    /s/Annie Eiden_____
Annie Eiden
Godfrey & Kahn S.C.
200 South Washington Street, Suite 100
Green Bay, WI. 54301
(920) 432-9300
(920) 436-7988 (fax)

Attorneys for Defendant

27353152.1