UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

LIBNA GUZMAN,
*on behalf of herself and all others similarly situated*,

       Plaintiff,

  v.

NATIONAL PACKAGING
SERVICES CORPORATION,

       Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No. 19-cv-1722-pp

---

☐    **Jury Verdict.** This case came before the court for a trial by jury. The parties have tried the issues, and the jury has rendered its verdict.

☑    **Decision by Court.** This case came before the court, the court has decided the issues, and the court has rendered a decision.

      **THE COURT ORDERS AND ADJUDGES** that judgment is entered in favor of the plaintiff and against the defendant in the amount of $87,500 to be allocated as follows: $50,154.97 to collective and class members; $4,745.03 as an incentive award to the representative plaintiff; and $32,600 in attorney fees and expenses.

      **THE COURT ORDERS** that this case is **DISMISSED WITH PREJUDICE**.

      Approved and dated in Milwaukee, Wisconsin this 8th day of July, 2022.

      **BY THE COURT:**

      _____
      **HON. PAMELA PEPPER**
      **Chief United States District Judge**

      GINA M. COLLETTI
      Clerk of Court

      s/ *Cary Biskupic*_____
      (by) Deputy Clerk